## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SUNRISE RENTALS ENTERPRISES, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BP, PLC, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:10-cv-00261-WS-M |

## HALLIBURTON ENERGY SERVICES, INC.'S
## MOTION TO DISMISS OR, IN THE ALTERNATIVE,
## FOR MORE DEFINITE STATEMENT

Defendant, Halliburton Energy Services, Inc. ("HESI"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, moves the Court to enter an order dismissing all claims asserted against HESI in the Class Action Complaint ("Complaint") on the grounds that the Court lacks subject matter jurisdiction over this case and that some or all of the counts alleged against HESI fail to state a claim upon which relief can be granted.

In the alternative, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and for the reasons more fully stated in the memorandum in support filed contemporaneously herewith, HESI moves the Court to enter an order requiring Plaintiffs to state the claims alleged against HESI in a more definite and less vague and ambiguous manner, within fourteen (14) days of entry of the order.  The Complaint fails to aver with sufficient particularity any factual statements demonstrating Plaintiffs' plausible entitlement to relief, including but not limited to, any facts showing that HESI violated any duty to Plaintiffs, that any HESI wrongdoing

proximately caused Plaintiffs' alleged damages, and the specific damages HESI allegedly caused.

Respectfully submitted this 26th day of July, 2010.

**GODWIN RONQUILLO PC**

DONALD E. GODWIN (GODWD5022) *(pro hac vice)*
Email  dgodwin@godwinronquillo.com
BRUCE W. BOWMAN, JR. *(pro hac vice)*
Email  bbowman@godwinronquillo.com
JENNY L. MARTINEZ *(pro hac vice)*
Email  jmartinez@godwinronquillo.com
FLOYD R. HARTLEY, JR. *(pro hac vice)*
Email  fhartley@godwinronquillo.com
GAVIN E. HILL *(pro hac vice)*
Email  ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. ALAN YORK *(pro hac vice)*
Email  ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

and

        **s/ Joseph P. H. Babington**
JOHN N. LEACH  (LEACJ2634)
Email  jnl@helmsinglaw.com
JOSEPH P. H. BABINGTON  (BABIJ7938)
Email  jpb@helmsinglaw.com
RUSSELL C. BUFFKIN  (BUFFR6510)
Email  rcb@helmsinglaw.com
**HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652
Telephone:  251.432.5521
Facsimile:  251.432.0633

**ATTORNEYS FOR DEFENDANT,
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 26th day of July, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

| | |
|---|---|
| Jere L. Beasley, Esquire<br>Rhon E. Jones, Esquire<br>David B. Byrne, III, Esquire<br>John E. Tomlinson, Esquire<br>J. Parker Miller, Esquire<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS<br>   & MILES, PC<br>218 Commerce Street<br>Post Office Box 4160<br>Montgomery, AL 36103-4160<br>*Counsel for Plaintiffs* | John M. Johnson, Esquire<br>Adam K. Peck, Esquire<br>William H. Brooks, Esquire<br>Marchello D. Gray, Esquire<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 North 20th Street<br>Birmingham, AL 35203<br>*Counsel for BP America, Inc., BP plc, and BP Products North America, Inc.* |
| Christopher D. Boutwell, Esquire<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS<br>   & MILES, PC<br>415 East Commerce Street, Suite 215<br>Greenville, AL 36037<br>*Counsel for Plaintiffs* | Richard C. Godfrey, Esquire<br>John T. Hickey, Jr., Esquire<br>James Andrew Langan, Esquire<br>KIRKLAND & ELLIS, LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>*Counsel for BP America, Inc., BP plc, and BP Products North America, Inc.* |
| A. Danner Frazer, Jr., Esquire<br>Ross A. Frazer, Esquire<br>Robert J. Mullican, Esquire<br>FRAZER GREENE UPCHURCH & BAKER<br>Post Office Box 1686<br>Mobile, AL  36633<br>*Counsel for Cameron International Corp.* | Randal H. Sellers, Esquire<br>M. Warren Butler, Esquire<br>Bryan G. Hale, Esquire<br>STARNES DAVIS FLORIE<br>100 Brookwood Place, 7th Floor<br>Birmingham, AL 35209<br>*Counsel for Cameron International Corp.* |
| David J. Beck, Esquire<br>BECK, REDDEN & SECRET, LLP<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010<br>*Counsel for Cameron International Corp.* | |

                                          **s/ Joseph P. H. Babington**
                                          Of counsel